
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-83-BLG-SPW-1 |
| Plaintiff, | ORDER |
| vs. | |
| HAVALAH ANNE IRELAND, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Allow Defendant to Move on Pretrial Release (Doc. 34), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Allow Defendant to Move is **GRANTED.** The Defendant shall continue to follow all conditions of release outlined in the Order Setting Conditions of Release dated June 28, 2019. (Doc. 17).

The Clerk of Court is directed to notify counsel and U.S. Probation of the entry of this Order.

DATED this 23rd day of September, 2019.

SUSAN P. WATTERS
United States District Judge